# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jorge Luis Jimenez-Salinas ,

    Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　　3:09-cv-54
　　　　　　　　　　　　　　　　　　　　3:07-cr-96-2

USA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 17, 2010 Order.

Signed: September 17, 2010

Frank G. Johns, Clerk
United States District Court